| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JAMES R. CONOLLY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OBDULIO JIMENEZ,<br>DANIEL JOE BOBIAN,<br>JOSE MANUEL AGUILERA BARBOSA,<br><br>　　　　　　　Defendants. | CASE NO. 2:20-MJ-0017-KJN<br><br>ORDER TO FILE REDACTED COPY OF COMPLAINT |

Based on this Court's finding of good cause, the United States' motion to unseal portions of the Complaint and to keep certain portions of the Complaint sealed, and to file a redacted copy of the sealed Complaint is GRANTED. The above-captioned case is hereby unsealed, and the redacted copy of the Complaint will be made public. The Clerk is directed to file a redacted copy of the Complaint on the public docket.

It is further ORDERED that all previously filed documents in this matter, including the unredacted Complaint, shall remain sealed. All future documents filed in the above-captioned matter shall be unsealed and publicly available unless accompanied by a request to seal.

The United States has the Court's permission to disclose the redacted portions of the Complaint to defense counsel for certain defendants as it deems appropriate, subject to defense counsel's agreement

to abide by this Order not to disclose the unredacted Complaint, or the information redacted from it, to any other party or individual, except as necessary to prepare for the defense of their client.

Dated:  February 4, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO FILE REDACTED COPY OF COMPLAINT        2