**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
Daniel Joe Bobian

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OBDULIO JIMENEZ, <br> DANIEL JOE BOBIAN, <br> JOSE MANUEL AGUILERA BARBOSA, <br><br> Defendants. | 2:20-CR-35-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James R. Conolly and defendant, Daniel Joe Bobian, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, September 27, 2022 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to November 8, 2022 at 9:00 a.m. in the courtroom of the Honorable John A. Mendez. Federal Probation Officer, Miranda Lewis, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

1

| | |
|---|---|
| Draft PSR | September 27, 2022 |
| Written objections to the PSR | October 11, 2022 |
| Final PSR | October 18, 2022 |
| Formal objections to PSR | October 25, 2022 |
| Reply, or Statement of Non-Opposition | November 1, 2022 |

The reason for the continuance is that the Defense and Probation could not schedule meetings with the inmate who is in custody.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 22, 2022                                    PHILLIP A. TALBERT
                                                             United States Attorney

                                                    By:      /s/ James R. Conolly
                                                             JAMES R. CONOLLY
                                                             Assistant United States Attorney

Dated: September 22, 2022                                     /s/ Jennifer Mouzis
                                                             JENNIFER MOUZIS
                                                             Attorney for Defendant
                                                             Daniel Joe Bobian

//

# ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of September 27, 2022, at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on November 8, 2022, at 9:00 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Draft PSR | September 27, 2022 |
| Written objections to the PSR | October 11, 2022 |
| Final PSR | October 18, 2022 |
| Formal objections to PSR | October 25, 2022 |
| Reply, or Statement of Non-Opposition | November 1, 2022 |

IT IS SO ORDERED.

Dated:  September 23, 2022      /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE