**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
Daniel Joe Bobian

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-35-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| | ) | |
| OBDULIO JIMENEZ, | ) | |
| DANIEL JOE BOBIAN, | ) | |
| JOSE MANUEL AGUILERA BARBOSA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States

Attorney James R. Conolly and defendant, Daniel Joe Bobian, by and through his counsel,

Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing,

November 8, 2022 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and

sentencing to December 13, 2022 at 9:00 a.m. in the courtroom of the Honorable John A.

Mendez.  Federal Probation Officer, Miranda Lewis, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of

disclosure relating to the pre-sentence report ("PSR"):

1

1

2
      Reply, or Statement of Non-Opposition      December 6, 2022

3
      The reason for the continuance is that the Defense needed more time to meet with the

4
inmate who is in custody.

5
      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6
IT IS SO STIPULATED.

7
Dated: November 3, 2022                PHILLIP A. TALBERT
                                    United States Attorney

8

9
                      By:     /s/ James R. Conolly
                                JAMES R. CONOLLY
                                Assistant United States Attorney

10

11
Dated: November 3, 2022                /s/ Jennifer Mouzis
                                    JENNIFER MOUZIS

12
                                    Attorney for Defendant
                                    Daniel Joe Bobian

13
//

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of November 8, 2022, at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on December 13, 2022, at 9:00 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

Reply, or Statement of Non-Opposition          December 6, 2022

IT IS SO ORDERED.


Dated:  November 3, 2022                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE